**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RONALD BARRETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign business entity d/b/a WALMART; DOES I through X inclusive; and ROE CORPORAIONS I through X, inclusive,<br><br>　　　　　Defendant(s). | 2:22-cv-01841-CDS-VCF<br><br>**ORDER** |

　　　Before the court is *Ronald Barrett v. Walmart, Inc. et al.*, case number 2:22-cv-01841-CDS-VCF.

　　　A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before January 6, 2023.

　　　DATED this 20th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE