| | |
|---|---|
| 1 | **HALL & EVANS, LLC** |
| 2 | KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228 |
| 3 | MADISON M. AGUIRRE, ESQ.<br>Nevada Bar No. 16183 |
| 4 | TANYA M. FRASER, ESQ.<br>Nevada Bar No. 13872 |
| 5 | 1160 North Town Center Drive<br>Suite 330 |
| 6 | Las Vegas, Nevada 89144 |
| 7 | (702) 998-1022<br>nvefile@hallevans.com |
| 8 | *Attorneys for Defendants* |

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| RONALD BARRETT, an individual,<br><br>Plaintiff<br><br>vs.<br><br>WALMART, INC., a foreign business entity d/b/a WALMART; DOES I through X inclusive; and ROE CORPORAIONS I through X, inclusive,<br><br>Defendant | Case No.: 2:22-cv-01841-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RONALD BARRETT and Defendant WALMART, INC. d/b/a WALMART, by and through their respective counsel of record, that the claims asserted by Plaintiff RONALD BARRETT against Defendant WALMART, INC. d/b/a WALMART be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

Accordingly, the parties request that all related deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 17th day of August, 2023. | Dated this 17th day of August, 2023. |
| ALVERSON TAYLOR & SANDERS | GERALD I. GILLOCK & ASSOCIATES |
| /s/ *Kurt R. Bonds* | /s/ *Gerald I. Gillock* |
| KURT R. BONDS, ESQ.<br>Nevada Bar #6228<br>TANYA M. FRASER, ESQ.<br>Nevada Bar#13872<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br>(702) 384-7000<br>*Attorneys for WALMART, INC.* | GERALD I. GILLOCK, ESQ.<br>Nevada Bar No.: 51<br>MICHAEL H. COGGESHALL, ESQ.<br>Nevada Bar No.: 14502<br>DANIEL J. MCADOREY<br>Nevada Bar No. 15433<br>428 South Fourth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
Cristina D. Silva
United States District Judge

DATED: August 17, 2023

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2

KRB/20147-8